UNITED STATES DISTRICT COUR
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

December 13, 1999

Memo to Counsel Re: Laura Kessler v. Bell Atlantic Communications
Civil No. JFM-98-3446

Dear Counsel:

In reviewing my file in this case, I realized that I had not ruled upon plaintiff's motion for reconsideration of imposition of financial sanctions.

The motion is granted. I very much appreciate the manner in which Mr. Bielec responded to my ruling. Accordingly, I have returned to him herewith his check in the amount of $125 dated September 23, 1999 payable to the Clerk of the Court.

In my letter of September 16, 1999, I indicated that I recognized Mr. Smith might want to depose Ms. Rohls and Mr. Fuller before submitting his reply memorandum. I ask you to advise me on or before December 23, 1999 as to whether those depositions have been taken and, if so, whether Mr. Smith intends to file a reply memorandum.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File