IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAURA KESSLER           *
                        *
v.                      *   Civil No. JFM-98-3446
                        *
BELL ATLANTIC COMMUNICATIONS *
                     *****

ORDER

As stated in the memo to counsel being entered herewith, it is, this 13th day of December 1999

ORDERED that

1. Plaintiff's motion for reconsideration of the memorandum and order entered by this court on September 14, 1999 is granted; and

2. Said motion and memorandum is withdrawn.

_____
J. Frederick Motz
United States District Judge