**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

January 18, 2000

Memo to Counsel Re: Laura Kessler v. Bell Atlantic
                        Civil No. JFM-98-3446

Dear Counsel:

    I am in receipt of Mr. Smith's letter of January 5, 2000.

    I ask Mr. Smith to provide me with a report as to the status of his attempts to serve Ms. Rohls with a subpoena on or before February 8, 2000.

    I have also enclosed a copy of an order I am entering today administratively closing defendant's pending motion for summary judgment subject to being reopened by letter from defendant's counsel when he ultimately files his reply memorandum. The reason I am entering this order is that the court is under a requirement to report motions that have been pending for more than seven months. The purpose of the rule is to make courts accountable for motions that they are responsible for not having decided. Here, of course, the reason defendant's motion has not been ruled upon is the difficulty that was presented by plaintiff's opposition papers.

                                                Very truly yours,

                                                J. Frederick Motz
                                                United States District Judge