IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAURA KESSLER | * | |
| | * | |
| v. | * | Civil No. JFM-98-3446 |
| | * | |
| BELL ATLANTIC | * | |
| | ***** | |

ORDER

As stated in the memorandum to counsel being entered herewith, it is, this 18th day of January 2000

ORDERED that defendant's motion for summary judgment be administratively closed, subject to being reopened by letter from counsel for defendant when he files defendant's reply memorandum in support of the motion.

_____
J. Frederick Motz
United States District Judge