IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAURA E. KESSLER )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BELL ATLANTIC COMMUNICATIONS )<br>AND CONSTRUCTION SERVICES, INC. )<br>)<br>Defendant. ) | Civil Action No. JFM 98-3446 |

## ORDER

The Court, having fully considered the Joint Motion For Extension Of Time, grants that motion and extends to until March 31, 2000 the date by which Defendant must serve a reply to Plaintiff's opposition to Defendant's summary judgment motion.

Date: March 15, 2000

_____
J. Frederick Motz
United States District Judge

138289.1.03 03/10/00 3:06 PM