IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAURA E. KESSLER, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. JFM-98-3446 |
| BELL ATLANTIC COMMUNICATIONS AND CONSTRUCTION SERVICES, INC., | * | |
| Defendant. | * | |

ORDER

For the reasons stated in the memorandum entered herewith, it is, this __ day of May, 2000

ORDERED that

1. Defendant BACCSI's motion for summary judgment is granted;

2. Judgment entered in favor of Defendant against the Plaintiff; and

3. The Clerk is directed to close this file.

J. Frederick Motz
United States District Judge