UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 15  P 3: 21

CLERK'S OFFICE
AT BALTIMORE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

August 15, 2000 _____ DEPUTY

Memo to Counsel Re: Laura E. Kessler v. Bell Atlantic Communications and
Construction Services, Inc.
Civil No. JFM-98-3446

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for summary judgment.

The motion is denied. Plaintiff has cited no authority for the proposition that a change in the law that allegedly would have altered a court's ruling provides a ground for a Rule 60(b) motion. In any event, the Supreme Court's decision in <u>Reeves v. Sanderson Plumbing Products, Inc.</u>, would not have changed my opinion in this case.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

