IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAURA KESSLER | * | |
| | * | |
| v. | * | Civil No. JFM-98-3446 |
| | * | |
| BELL ATLANTIC COMMUNICATIONS | * | |
| AND CONSTRUCTION SERVICES, INC. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 15th day of August 2000

ORDERED that plaintiff's motion for relief from judgment be denied.

J. Frederick Motz
United States District Judge

