IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAURA KESSLER                           *
                                        *
v.                                      *   Civil No. JFM-98-3446
                                        *
BELL ATLANTIC COMMUNICATIONS            *
AND CONSTRUCTION SERVICES, INC.         *
                                     *****

## MEMORANDUM AND ORDER

Defendant has filed a motion for review of clerk's award of costs. Plaintiff has not opposed the motion, and the motion appears well founded. Accordingly, it is, this 18th day of January 2001

ORDERED

1. Defendant's motion for review of clerk's award of costs is granted; and

2. Defendant is granted an award of costs in the amount $647.19 over and above the amount of costs awarded by the clerk.

_____
J. Frederick Motz
United States District Judge